UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES TREECE | CIVIL ACTION |
| VERSUS | NO. 11-789 |
| JAMES LEBLANC, SECRETARY, ET AL. | SECTION "N" (4) |

### ORDER AND REASONS

**IT IS ORDERED** that **Petitioner's Motion for Appeal/Review of Magistrate Judge Decision (Rec. Doc. 3)** is **DENIED**. The Court finds that Magistrate Judge Roby properly denied Petitioner's Motion to Proceed In Forma Pauperis, pursuant to 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 28th day of June 2011.

_____
KURT D. ENGELHARDT
United States District Judge